

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | CRIMINAL NO. 2:15cr 51 |
| | ) | |
| | ) | 18 U.S.C. § 1703(a) |
| | ) | Secreting and Detaining U.S. Mail |
| v. | ) | (Counts 1-3) |
| | ) | |
| | ) | 18 U.S.C. § 1709 |
| | ) | Theft of Mail by Postal Employee |
| | ) | (Count 4) |
| LORRE A. GARRISON | ) | |

## INDICTMENT

APRIL 2015 TERM -- at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 11, 2014, in Virginia Beach, in the Eastern District of Virginia, defendant LORRE A. GARRISON, an employee of the United States Postal Service who came into the possession of and was entrusted with letters, postal cards, packages, bags, and other pieces of mail which were intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service, knowingly and unlawfully secreted, destroyed, detained, and delayed such items; that is, while working as a city carrier assistant with the United States Postal Service, LORRE A. GARRISON received assorted items of mail for delivery to persons in Virginia Beach and, rather than properly delivering said items to the intended recipients, LORRE A. GARRISON took the items to her home and secreted them in her bedroom.

(In violation of Title 18, United States Code, Section 1703(a)).

## COUNT TWO

On or about December 20, 2014, in Virginia Beach, in the Eastern District of Virginia, defendant LORRE A. GARRISON, an employee of the United States Postal Service who came into the possession of and was entrusted with letters, postal cards, packages, bags, and other pieces of mail which were intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service, knowingly and unlawfully secreted, destroyed, detained, and delayed such items; that is, while working as a city carrier assistant with the United States Postal Service, LORRE A. GARRISON received assorted items of mail for delivery to persons in Virginia Beach and, rather than properly delivering said items to the intended recipients, LORRE A. GARRISON took the items to her home and secreted them in her bedroom.

(In violation of Title 18, United States Code, Section 1703(a)).

## COUNT THREE

On or about January 7, 2015, in Virginia Beach, in the Eastern District of Virginia, defendant LORRE A. GARRISON, an employee of the United States Postal Service who came into the possession of and was entrusted with letters, postal cards, packages, bags, and other pieces of mail which were intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service, knowingly and unlawfully secreted, destroyed, detained, and delayed such items; that is, while working as a city carrier assistant with the United States Postal Service, LORRE A. GARRISON received assorted items of mail for delivery to persons in Virginia Beach and, rather than properly delivering said items to the intended recipients, LORRE A. GARRISON took the items to her home and secreted them in her bedroom.

(In violation of Title 18, United States Code, Section 1703(a)).

## COUNT FOUR

From in or about January 2015 through in or about February 2015, in Virginia Beach, in the Eastern District of Virginia, defendant LORRE A. GARRISON, an employee of the United States Postal Service, did knowingly steal, abstract, and remove articles and things contained within letters, packages, postal cards, and mail entrusted to her and which came into her possession to be mailed, carried, and delivered according to the direction contained thereon: that is, while employed as a city carrier assistant with the United States Postal Service, defendant LORRE A. GARRISON wrongfully opened items of mail to be delivered by her and removed items from them.

(In violation of Title 18, United States Code, Section 1709).

*United States v. Lorre A. Garrison*: 2:15cr

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

A TRUE BILL:

**REDACTED COPY**
_____
FOREPERSON

Sealed Pursuant to the
E-Government Act of 2002

Dana J. Boente
United States Attorney

By: *Melissa E. O'Boyle* (signature)
Melissa E. O'Boyle
Assistant United States Attorney
Virginia State Bar No. 47449
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address – melissa.oboyle@usdoj.gov