JS 45 (11/2002)

# Criminal Case Cover Sheet — U.S. District Court

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:15cr 51 |
| County/Parish: | Same Defendant: | New Defendant: Lorre A. Garrison |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | |
|---|---|---|
| Defendant Name: LORRE A. GARRISON | | Alias Name(s): |
| Address: Virginia Beach, VA | | |
| Employment: Unemployed | | |

| Birth Date: 1963 | SS#: xxx-xx-8915 | Sex: F | Race: Black | Nationality: | Place of Birth: |
|---|---|---|---|---|---|
| Height: 5'06" | Weight: 155 lbs. | Hair: Black | Eyes: Brown | Scars/Tattoos: | |

Interpreter: Yes ☐ No ☒ List Language and/or dialect:

## Location Status:

Arrest Date:

- ☐ Already in Federal Custody as of: _____ in: _____.
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |

## U.S. Attorney Information:

| AUSA: Melissa E. O'Boyle | Telephone No. 757-441-6331 | Bar #: 47449 |
|---|---|---|

## Complainant Agency, Address & Phone Number or Person & Title:

U.S. Postal Service, Office of Inspector General, 1100 Battlefield Boulevard South, Chesapeake, VA 23322

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1703(a) | Secreting and Detaining U.S. Mail | 1-3 | Felony |
| Set 2 | 18 U.S.C. § 1709 | Theft of Mail by Postal Employee | 4 | Felony |
| Set 3 | | | | |
| Set 4 | | | | |

(May be continued on reverse)